NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENQ AMERICA CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1259

---

Appeal from the United States Court of International Trade in case No. 05-CV-0637, Judge Delissa A. Ridgway.

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

### ORDER

The Hewlett-Packard Company (HP) moves for leave to file a brief amicus curiae. HP states that Benq America Corporation consents. The United States opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

_JUL 0 1 2010_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  V. James Adduci, II, Esq.
     Mikki Cottet, Esq.
     William D. Outman, II, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 1 2010

JAN HORBALY
CLERK